**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.    CASE NOS: **6:13-cr-156-Orl-40KRS** and
**6:15-cr-35-Orl-40KRS**
**(Consolidated for Sentencing Only)**

**JULIO GONZALEZ-DIAZ**

---

**ORDER AND NOTICE**
**OF SHOW CAUSE HEARING**

This cause comes before the Court on a Report and Recommendation (Doc. No. 17) in case **6:13-cr-156-Orl-40KRS**, and at (Doc. No. 20) in case **6:15-cr-35-Orl-40KRS** entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on April 7, 2016.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered April 7, 2016 (Doc. No. 17) in case **6:13-cr-156-Orl-40KRS**, and at (Doc. No. 20) in case **6:15-cr-35-Orl-40KRS** is ADOPTED AND CONFIRMED and made a part of this Order.

2. Defendant shall personally appear on Wednesday, **April 27, 2016 at 2:00 p.m.** before the **Honorable Paul G. Byron**, United States District Judge, in **Courtroom #4B**, Fifth Floor, U.S. District Court, 401 West Central Blvd.,

Orlando, Florida and shall show cause why supervised release should not be revoked. Defendant's presence is required. Spanish Interpreter is required. The Court has set aside (1) hour for this hearing.

**DONE and ORDERED** in Orlando, Florida this 13th day of April 2016.

*(signature)*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

***The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing. Should the U.S. Marshal determine that a writ is necessary to obtain defendant's presence and that no writ has been received, the U.S. Marshal shall immediately advise the U.S. Attorney to deliver such writ in sufficient time to cause defendant's presence at such hearing.***

Copies to:
United States Magistrate Judge
Counsel for Defendant
United States Attorney
United States Marshal Service
United States Probation Office
Courtroom Deputy Clerk